## (April 18, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM C. MOORE, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed August 23, 1974. Sentence affirmed. No opinion. The case is remitted to the County Court, Nassau County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RICKMAN, Appellant.—Judgment of the Supreme Court, Queens County, rendered February 8, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Cohalan, Acting P. J., Christ, Brennan, Munder and Shapiro, JJ., concur.